[No. 37551-6-II. Division Two. August 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON LEE ABBEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00941-5, James J. Stonier, J., entered March 13, 2008. *Reversed* and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Worswick, J.; Quinn-Brintnall, J., concurring in the result separately.

[No. 38466-3-II. Division Two. August 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RICK B. FITCHITT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00015-1, James B. Sawyer II, J., entered August 22, 2008. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39790-1-II. Division Two. August 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KRYSTA MARIE USKOSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01148-8, Diane M. Woolard, J., entered August 27, 2009. *Reversed* by unpublished opinion per Johanson, J., concurred in by Armstrong and Quinn-Brintnall, JJ.